IDA M. YBARRA
Nevada Bar No.: 11327
BENSON & BINGHAM
11441 Allerton Park Dr., Suite 100
Las Vegas, NV 89135
(702) 382-9797
(702) 382-9798 facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff

## UNITED STATES DISRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*

YURIDIA CHAVEZ-HERRERA

Plaintiff,

vs.

SHAMROCK FOODS COMPANY, an Arizona foreign corporation; DOE I EMPLOYEE, DOES II through X, and ROE CORPORATIONS I through X, inclusive,

Defendants.

Case No. 2:19-cv-01327-GMN-BNW

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)**

Pursuant to LR 6-1 and LR 26-2, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Discovery Deadlines in the above-captioned case for ninety (90) days as set forth below.

A.  Discovery Completed to Date:

1.  The FRCP 26(f) Conference was held 8/27/2019;

2.  Plaintiff produced her initial FRCP 16.1 disclosures on September 4, 2019;

3.  Defendants produced its initial FRCP 16.1 disclosures on September 18, 2019;

4.  Plaintiff propounded its First Set of Interrogatories and First Set of Requests for Production of Documents to Defendant Shamrock on 11/7/19;

…

…

1

206873

B. <u>Discovery Remaining to Be Completed:</u>

1. Defendant Shamrock needs to provide written discovery requests to the Plaintiff;

2. Defendant needs to propound written discovery to the Plaintiff;

3. Doe I Employee needs to be substituted;

4. Deposition of Plaintiff;

5. Deposition of Doe I Employee;

6. Deposition of Person(s) Most Knowledgeable of Defendant;

7. Disclosure of initial experts;

8. Disclosure of rebuttal experts;

9. Depositions of each party's experts;

10. Any other discovery which may be determined as relevant and necessary by the parties.

C. <u>Reasons for Request for Extension of Discovery Deadlines</u>

The parties request this extension for multiple reasons. The Plaintiff is still treating and the parties need additional time to fully access her treatment and future treatment needed. Further, Plaintiff is attempting to substitute the Doe 1 Employee and will need additional time to propound written discovery and take his/her deposition. Lastly, given the upcoming holidays, the parties need additional time to retain experts. Accordingly, the parties stipulate to the following proposed discovery order.

D. <u>Proposed Schedule for Completing Discovery</u>

| EVENT DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Last date to complete discovery: | 2/5/2020 | 05/05/2020 |
| Last date to amend pleadings and add parties: | 11/7/2019 | 02/05/2020 |
| Last date to file interim status report: | 12/06/2019 | 03/05/2020 |

2

206873



| | | |
|---|---|---|
| Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): | 12/06/2019 | 03/05/2020 |
| Last date to disclose rebuttal experts: | 01/16/2020 | 04/15/2020 |
| Last date to file dispositive motions | 03/06/2020 | 06/04/2020 |
| Last date to file joint pretrial order: | 04/06/2020 | 07/06/2020 |

(In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after the decision of the dispositive motions.)

E.  Current trial date

A Trial date has not yet been scheduled.

WHEREFORE, the parties respectfully request this Honorable Court adopt the foregoing stipulation of the parties which will result in the new deadlines and trial setting.

DATED this 12 day of November, 2019.          DATED this 12 day of November, 2019.

BENSON & BINGHAM                                              LEWIS BRISBOIS BISGAARD & SMITH

*Ida M. Ybarra, Esq.*                                                  */S/CHERYL C. BRADFORD, ESQ.*
Ida M. Ybarra, Esq.                                                      Josh Cole Aicklen, Esq.
Nevada Bar No. 11327                                              Nevada Bar No. 7245
11441 Allerton Park Dr., Suite 100                          Cheryl C. Bradford, Esq.
Las Vegas, NV 89135                                                Nevada Bar No. 9765
Attorneys for Plaintiff                                               Lewis Brisbois Bisgaard & Smith
                                                                                    6385 S. Rainbow Boulevard, Suite 600
                                                                                    Las Vegas, Nevada 89118
                                                                                    Attorney for Defendant

**IT IS SO ORDERED**

**DATED: November 18, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

206873