STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
tanderson@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants Shamrock Foods Company*
 *and Jose Paz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YURIDIA CHAVEZ-HERRERA, | Case No. 2:19-cv-01327-GMN-BNW |
| Plaintiffs, | |
| vs. | **SECOND STIPULATION AND ORDER ALLOWING DEFENDANTS EXTENSION TO FILE REPLIES IN SUPPORT OF THEIR MOTION TO DETERMINE THAT NOSHA IS THE APPLICABLE LIABILITY STANDARD HEREIN AND MOTION TO SUBSTITUTE LIABILITY EXPERT** |
| SHAMROCK FOODS COMPANY, an Arizona foreign corporation; JOSE PAZ; DOES II through X; and ROE CORPORATIONS I through X, inclusive | |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel that

Defendant Shamrock Foods Company and Jose Paz's Replies in support of their Motion to

Determine That NOSHA is the Applicable Liability Standard Herein and Motion to Substitute

Liability Expert, shall be due on Monday, October 24, 2022.  The parties are presently

involved in discussions and negotiations that would resolve the issues pending in this Motion,

. . .

1  and agree to extend this deadline to try and further resolve the issues without the need for

2  further court involvement.

3

4  DATED: October 19, 2022                    DATED: October 19, 2022

5  **HALL JAFFE & CLAYTON, LLP**              **CLAGGETT & SYKES LAW FIRM**

6  */s/ Steven T. Jaffe*                      */s/ Brian Blankenship*

7  _____               _____
   STEVEN T. JAFFE, ESQ.                      Sean K. Claggett, Esq.
   Nevada Bar No. 7035                        Nevada Bar No. 8407
8  TAYLOR R. ANDERSON, ESQ.                   Brian Blankenship, Esq.
   Nevada Bar No. 15136C                      Nevada Bar No. 11522
9  7425 Peak Drive                            Joseph N. Mott, Esq.
   Las Vegas, Nevada 89128                    Nevada Bar No. 12455
10 *Attorneys for Defendants*                 Scott E. Lundy, Esq.
                                              Nevada Bar No. 14235
11                                            4101 Meadows Lane, Suite 100
                                              Las Vegas, Nevada 89107
12
                                              Benjamin J. Bingham, Esq.
13                                            Nevada Bar No. 7280
                                              Ida M. Ybarra, Esq.
14                                            Nevada Bar No. 11327
                                              **BENSON & BINGHAM**
15                                            11441 Allerton Park Drive, Suite 100
                                              Las Vegas, NV 89135
16                                            *Attorneys for Plaintiff*

                                   **ORDER**

17 **IT IS SO ORDERED.**

18 Dated this  19  day of October, 2022.

19

20 _____

21 Gloria M. Navarro, District Judge
   UNITED STATES DISTRICT COURT

22
   **Respectfully submitted by:**

23
   **HALL JAFFE & CLAYTON, LLP**

24 */s/ Steven T. Jaffe*

25 _____
   STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
26 TAYLOR R. ANDERSON, ESQ.
   Nevada Bar No. 15136C
27 7425 Peak Drive
   Las Vegas, Nevada 89128
28 *Attorneys for Defendants*