STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
tanderson@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants Shamrock Foods Company
 and Jose Paz*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| YURIDIA CHAVEZ-HERRERA,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>SHAMROCK FOODS COMPANY, an Arizona foreign corporation; JOSE PAZ; DOES II through X; and ROE CORPORATIONS I through X, inclusive<br><br>                    Defendants | Case No. 2:19-cv-01327-GMN-BNW<br><br>**THIRD STIPULATION AND ORDER ALLOWING DEFENDANTS EXTENSION TO FILE REPLIES IN SUPPORT OF THEIR MOTION TO DETERMINE THAT NOSHA IS THE APPLICABLE LIABILITY STANDARD HEREIN AND MOTION TO SUBSTITUTE LIABILITY EXPERT** |

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel that Defendant Shamrock Foods Company and Jose Paz's Replies in support of their Motion to Determine That NOSHA is the Applicable Liability Standard Herein and Motion to Substitute Liability Expert, shall be due on Friday, October 28, 2022.  The parties are presently involved in discussions and negotiations that would resolve the issues pending in this Motion,

. . .

and agree to extend this deadline to try and further resolve the issues without the need for further court involvement.

DATED: October 25, 2022

**HALL JAFFE & CLAYTON, LLP**

*/s/ Steven T. Jaffe*
_____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants*

DATED: October 25, 2022

**CLAGGETT & SYKES LAW FIRM**

*/s/ Brian Blankenship*
_____
Sean K. Claggett, Esq.
Nevada Bar No. 8407
Brian Blankenship, Esq.
Nevada Bar No. 11522
Joseph N. Mott, Esq.
Nevada Bar No. 12455
Scott E. Lundy, Esq.
Nevada Bar No. 14235
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107

Benjamin J. Bingham, Esq.
Nevada Bar No. 7280
Ida M. Ybarra, Esq.
Nevada Bar No. 11327
**BENSON & BINGHAM**
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated this __25__ day of October, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**Respectfully submitted by:**

**HALL JAFFE & CLAYTON, LLP**

*/s/ Steven T. Jaffe*
_____
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants*