1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@lawhjc.com
   TAYLOR R. ANDERSON, ESQ.
3  Nevada Bar No. 11473
   tanderson@lawhjc.com
4
   **HALL JAFFE & CLAYTON, LLP**
5  7425 Peak Drive
   Las Vegas, Nevada 89128
6  (702) 316-4111
   Fax (702) 316-4114
7
   *Attorneys for Defendants Shamrock Foods Company*
8  *and Jose Paz*

9
                    **UNITED STATES DISTRICT COURT**
10
                         **DISTRICT OF NEVADA**
11

| YURIDIA CHAVEZ-HERRERA, | Case No. 2:19-cv-01327-GMN-BNW |
|---|---|
| Plaintiffs, | |
| vs. | **SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHAMROCK FOODS COMPANY AND JOSE PAZ** |
| SHAMROCK FOODS COMPANY, an Arizona foreign corporation; JOSE PAZ; DOES II through X; and ROE CORPORATIONS I through X, inclusive | |
| Defendants | |

Defendants, SHAMROCK FOODS COMPANY and JOSE PAZ, hereby substitute JOHN D. TENNERT, III, ESQ. of the law firm FENNEMORE as their attorneys in the above-entitled action in the place and instead of the law firm of HALL JAFFE & CLAYTON, LLP.

DATED: 11/04/2022                           DATED:_____

By: _____                By: _____
Representative for Shamrock Foods                Jose Paz
Company

/ / /

/ / /

1

STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 11473
tanderson@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants Shamrock Foods Company and Jose Paz*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YURIDIA CHAVEZ-HERRERA,<br><br>Plaintiffs,<br><br>vs.<br><br>SHAMROCK FOODS COMPANY, an Arizona foreign corporation; JOSE PAZ; DOES II through X; and ROE CORPORATIONS I through X, inclusive<br><br>Defendants | Case No. 2:19-cv-01327-GMN-BNW<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS SHAMROCK FOODS COMPANY AND JOSE PAZ** |

Defendants, SHAMROCK FOODS COMPANY and JOSE PAZ, hereby substitute JOHN D. TENNERT, III, ESQ. of the law firm FENNEMORE as their attorneys in the above-entitled action in the place and instead of the law firm of HALL JAFFE & CLAYTON, LLP.

DATED:_____     DATED:  11/10/22

By: _____     By: _____
Representative for Shamrock Foods             Jose Paz
Company

///

///

1

STEVEN T. JAFFE, ESQ. AND TAYLOR R. ANDERSON, ESQ. of the law firm HALL JAFFE & CLAYTON, LLP hereby agree and consent to the substitution of JOHN D. TENNERT, III, ESQ. of the law firm of FENNEMORE, as the attorneys of record for Defendants SHAMROCK FOODS COMPANY AND JOSE PAZ in this matter.

DATED: 11/10/22

HALL JAFFE & CLAYTON, LLP

By: /s/ Steven T. Jaffe
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
7425 Peak Drive
Las Vegas, Nevada 89128

JOHN D. TENNERT, III, ESQ., of the law firm FENNEMORE hereby accepts the substitution as attorneys of record for Defendants SHAMROCK FOODS COMPANY and JOSE PAZ, in the above-entitled action.

DATED: November 8, 2022

FENNEMORE

By: _____
JOHN D. TENNERT, III, ESQ.
Nevada Bar No. 11728
7800 Rancharrah Parkway
Reno, Nevada 89511

**ORDER**
**IT IS SO ORDERED**
**DATED:** 4:54 pm, November 14, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of **HALL JAFFE & CLAYTON, LLP**, and on this 10 day of November, 2022, I served a copy of the foregoing **SUBSTITUTION OF COUNSEL FOR DEFENDANT SHAMROCK FOODS COMPANY AND JOSE PAZ** as follows:

[ ] **U.S. MAIL** — By depositing a true copy thereof in the U.S. Mail, first class postage prepaid and addressed as listed below; and/or

[ ] **FACSIMILE** — By facsimile transmission to the facsimile number(s) shown below; and/or

[ ] **HAND DELIVERY** — By hand-delivery to the addresses listed below; and/or

[X] **ELECTRONIC SERVICE** — Pursuant to the Court's CM/ECF e-filing system.

Benjamin J. Bingham, Esq.
Ida M. Ybarra, Esq.
**BENSON & BINGHAM**
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
*Attorneys for Plaintiff*

Sean K. Claggett, Esq.
Brian Blankenship, Esq.
Joseph N. Mott, Esq.
Scott E. Lundy, Esq.
**CLAGGETT & SYKES LAW FIRM**
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

/s/ Marianne Sylva
An Employee of
**HALL JAFFE & CLAYTON, LLP**