John D. Tennert, III Esq. (SBN 11728)
Wade Beavers, Esq. (SBN 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2212 | Fax: (775) 786-1177
jtennnert@fennemorelaw.com
wbeavers@fennemorelaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YURIDIA CHAVEZ-HERRERA,<br><br>Plaintiffs,<br><br>v.<br><br>SHAMROCK FOODS COMPANY, an Arizona foreign corporation; JOSE PAZ; DOES II through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01327-GMN-BNW<br><br>**FOURTH STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION TO SUBSTITUTE LIABILITY EXPERT** |

Pursuant to LR IA 6-1, Plaintiff Yurida Chavez-Herrera ("Plaintiff"), by and through her undersigned counsel, and Defendants Shamrock Foods Company and Jose Paz (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On September 21, 2022, Defendants filed their Motion to Substitute Liability Expert (ECF No. 64) and Motion to Determine that NOSHA is the Applicable Standard Herein (ECF No. 65) (collectively, the "Motions").

2. On October 5, 2022, Plaintiff filed her Responses to Defendants' Motion to Substitute Liability Expert (ECF No. 69) and Motion to Determine that NOSHA is the Applicable Standard Herein (ECF No. 68).

3. The Parties filed three stipulations to extend Defendants' time to file replies in support of the Motions to allow the Parties time to engage in discussions and negotiations that may resolve some of the issues in the Motions (ECF Nos. 70, 74, 76). The deadline for Defendants to file

1  their replies in support of the Motions was extended by successive stipulations of the Parties from
2  October 11, 2022 to October 28, 2022 (ECF Nos. 71, 75, 77).

3      4.    The Parties stipulate and agree that Defendants may file their reply in support of their
4  Motion to Substitute Liability Expert (ECF No. 64) on or before November 28, 2022.

5      5.    The Parties stipulate and agree that Defendants may withdraw their Motion to
6  Determine that NOSHA is the Applicable Standard Herein (ECF No. 68).

7      6.    Pursuant to LR IA 6-1, Defendants' counsel submits that the failure to file the
8  stipulation prior to October 28, 2022 was the result of excusable neglect. Prior to October 28, 2022,
9  Plaintiff's counsel agreed to allow additional time for Defendants to file a reply in support of their
10 Motion to Substitute Liability Expert (ECF No. 64) and withdraw their Motion to Determine that
11 NOSHA is the Applicable Standard Herein (ECF No. 68). Defendants' counsel inadvertently failed
12 to finalize and file a draft stipulation exchanged between the Parties before October 28, 2022. Since
13 then, Defendants have retained new counsel. On November 15, 2022, the Court entered its Order
14 granting Defendants' motion to substitute counsel (ECF No. 79).

15     7.    Plaintiff's counsel has graciously agreed to allow Defendants' new counsel up to and
16 including **November 28, 2022** to file and serve their reply in support of their Motion to Substitute
17 Liability Expert (ECF No. 64).

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  This is the fourth request to extend time for Defendants to file their reply. This extension is
2  sought in good faith and not for purpose of unduly delaying discovery or trial.

3  **IT IS SO STIPULATED**.

4  Dated: November 21, 2022.  Dated: November 21, 2022.

5  **FENNEMORE CRAIG, P.C.**  **CLAGGETT & SYKES LAW FIRM**

6  By: */s/ John D. Tennert III*  By: */s/ Brian Blankenship (with permission)*
7      John D. Tennert, III Esq. (SBN 11728)      Sean K. Claggett, Esq. (SBN 8407)
    Wade Beavers, Esq. (SBN 13451)      Brian Blankenship, Esq. (SBN 11522)
8      7800 Rancharrah Parkway      Joseph N. Mott, Esq. (SBN 12455)
    Reno, Nevada 89511      Scott E. Lundy, Esq. (SBN 14235)
9      4101 Meadows Lane, Suite 100
10  *Attorneys for Defendants*      Las Vegas, Nevada 89107

11      and

12      Benjamin J. Bingham, Esq. (SBN 7280)
    Ida M. Ybarra, Esq. (SBN 11327)
13      **BENSON & BINGHAM**
    11441 Allerton Park Drive, Suite 100
14      Las Vegas, Nevada 89135

15
16  *Attorneys for Plaintiff*

17  **IT IS SO ORDERED**:

18
19  _____
    UNITED STATES MAGISTRATE JUDGE
20

21  Dated: November 23, 2022

3

28394140/046822.0057

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Fennemore Craig, P.C., and that on this date, I served, or caused to be served, a true and correct copy of the foregoing document via electronic filing through the Court's CM/ECF system to the attorneys associated with this case:

| | |
|---|---|
| Benjamin J. Bingham, Esq.<br>Ida M. Ybarra, Esq.<br>BENSON & BINGHAM<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, NV 89135<br><br>*Attorney for Plaintiff* | Sean K. Claggett, Esq.<br>Brian Blankenship, Esq.<br>Joseph N. Mott, Esq.<br>Scott E. Lundy, Esq.<br>CLAGGETT & SYKES LAW FIRM<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br><br>*Attorney for Plaintiff* |

Dated: November 10, 2022.

*/s/ Sarah Hope*
Employee of Fennemore Craig, P.C.

**From:** Brian Blankenship <brian@claggettlaw.com>
**Sent:** Monday, November 21, 2022 2:41 PM
**To:** Tennert, John <jtennert@fennemorelaw.com>
**Cc:** Scott Lundy <Scott@claggettlaw.com>
**Subject:** RE: STIP Resolving Motion Issues (edits) / Chavez-Herrera

Thank you. Should be good to go then, John. Only thing is paragraph 4 still says Nov. 22. With that change, you can use our electronic signature on this.

Brian

**Brian Blankenship, Esq.**
Trial Attorney
Claggett & Sykes Law Firm
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
100 N. Sierra St., Ste. 220, Reno, NV 89501
Direct:  725-219-0447
Tel. 702-655-2346 / Fax 702-655-3763
brian@claggettlaw.com



**From:** Tennert, John <jtennert@fennemorelaw.com>
**Sent:** Monday, November 21, 2022 2:38 PM
**To:** Brian Blankenship <brian@claggettlaw.com>
**Cc:** Scott Lundy <Scott@claggettlaw.com>
**Subject:** RE: STIP Resolving Motion Issues (edits) / Chavez-Herrera

Brian,