John D. Tennert, III (SBN 11728)
Wade Beavers (SBN 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2212 | Fax: (775) 786-1177
jtennnert@fennemorelaw.com
wbeavers@fennemorelaw.com

Douglas C. Northup (*Pro Hac Vice*)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Tel: (602) 916-5362 | Fax: (602) 916-5562
dnorthup@fennemorelaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YURIDIA CHAVEZ-HERRERA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAMROCK FOODS COMPANY, an Arizona foreign corporation; JOSE PAZ; DOES II through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01327-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES (ECF 113)**<br><br>**(FIRST REQUEST)** |

Plaintiff Yuridia Chavez-Herrera and Defendants Shamrock Foods Company and Jose Paz, by and through undersigned counsel, hereby stipulate and agree that Defendants Shamrock Foods Company and Jose Paz's shall have a one-week extension, until August 28, 2023, to file their Opposition to Plaintiff's Motion to Compel Discovery Responses (ECF 113). Pursuant to LR IA 6-1, this is the first request to extend the deadline to file an opposition to Plaintiff's Motion. The extension is requested due to conflicts in defense counsel's schedule, including depositions in this and other cases and a hearing that one of defense counsel is involved in this week. The request is not sought

for the purposes of delay and will not result in prejudice to the parties or the Court. The hearing on Plaintiff's Motion is currently set for October 3, 2023.

Dated: August 17, 2023.

**FENNEMORE CRAIG, P.C.**

By: /s/ *Douglas C. Northup*
    Douglas C. Northup (*pro hac vice*)
    2394 E. Camelback Rd., Suite 600
    Phoenix, Arizona 85016

    -and-

    John D. Tennert, III Esq. (SBN 11728)
    Wade Beavers, Esq. (SBN 13451)
    7800 Rancharrah Parkway
    Reno, Nevada 89511

*Attorneys for Defendants*

Dated: August 17, 2023.

**CLAGGETT & SYKES LAW FIRM**

By: /s/ *Brian Blankenship* (w/ consent)
    Sean K. Claggett, Esq. (SBN 8407)
    Brian Blankenship, Esq. (SBN 11522)
    Scott E. Lundy, Esq. (SBN 14235)
    Vanessa M. Turley, Esq. (SBN 14635)
    4101 Meadows Lane, Suite 100
    Las Vegas, Nevada 89107

    -and-

    Benjamin J. Bingham, Esq. (SBN 7280)
    Ida M. Ybarra, Esq. (SBN 11327)
    **BENSON & BINGHAM**
    11441 Allerton Park Drive, Suite 100
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2023

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Fennemore Craig, P.C., and that on this date, I served, or caused to be served, a true and correct copy of the foregoing document via electronic filing through the Court's CM/ECF system to the attorneys associated with this case:

| | |
|---|---|
| Benjamin J. Bingham, Esq.<br>Ida M. Ybarra, Esq.<br>BENSON & BINGHAM<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, Nevada 89135 | Sean K. Claggett, Esq.<br>Brian Blankenship, Esq.<br>Scott E. Lundy, Esq.<br>Vanessa M. Turley<br>CLAGGETT & SYKES LAW FIRM<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

Dated: August 17, 2023.

*/s/ Phyllis Warren*
Employee of Fennemore Craig, P.C.

29747880