John D. Tennert, III (SBN 11728)
Wade Beavers (SBN 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada  89511
Tel: (775) 788-2212 | Fax: (775) 786-1177
jtennnert@fennemorelaw.com
wbeavers@fennemorelaw.com

Douglas C. Northup (*Pro Hac Vice*)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Tel: (602) 916-5362 | Fax: (602) 916-5562
dnorthup@fennemorelaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YURIDIA CHAVEZ-HERRERA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAMROCK FOODS COMPANY, an Arizona foreign corporation; JOSE PAZ; DOES II through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01327-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (ECF 146)**<br><br>**(FIRST REQUEST)** |

Plaintiff Yuridia Chavez-Herrera and Defendants Shamrock Foods Company and Jose Paz, by and through undersigned counsel, hereby stipulate and agree that Defendants Shamrock Foods Company and Jose Paz shall have a two-week extension, until February 2, 2024, to file their Opposition to Plaintiff's Motion for Leave to Amend Complaint (ECF 146).  Pursuant to LR IA 6-1, this is the first request to extend the deadline to file an opposition to Plaintiff's Motion.  The extension is requested due to defense counsel having several other motions due in other cases over the next several weeks.  The request is not sought for the purposes of delay and will not result in prejudice to

the parties or the Court.  No hearing on Plaintiff's Motion has been set.

Dated: January 8, 2024.                                   Dated: January 8, 204.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **CLAGGETT & SYKES LAW FIRM** |
| By: */s/ Douglas C. Northup* | By: */s/ Brian Blankenship* (w/consent) |
|     Douglas C. Northup (*pro hac vice*) |     Sean K. Claggett, Esq. (SBN 8407) |
|     2394 E. Camelback Rd., Suite 600 |     Brian Blankenship, Esq. (SBN 11522) |
|     Phoenix, Arizona 85016 |     Scott E. Lundy, Esq. (SBN 14235) |
| |     Vanessa M. Turley, Esq. (SBN 14635) |
|     -and- |     4101 Meadows Lane, Suite 100 |
| |     Las Vegas, Nevada 89107 |
|     John D. Tennert, III Esq. (SBN 11728) | |
|     Wade Beavers, Esq. (SBN 13451) |     -and- |
|     7800 Rancharrah Parkway | |
|     Reno, Nevada 89511 |     Benjamin J. Bingham, Esq. (SBN 7280) |
| |     Ida M. Ybarra, Esq. (SBN 11327) |
| *Attorneys for Defendants* | **BENSON & BINGHAM** |
| |     11441 Allerton Park Drive, Suite 100 |
| |     Las Vegas, Nevada 89135 |
| | |
| | *Attorneys for Plaintiff* |

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  1/9/2024

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Fennemore Craig, P.C., and that on this date, I served, or caused to be served, a true and correct copy of the foregoing document via electronic filing through the Court's CM/ECF system to the attorneys associated with this case:

| | |
|---|---|
| Benjamin J. Bingham, Esq.<br>Ida M. Ybarra, Esq.<br>BENSON & BINGHAM<br>11441 Allerton Park Drive, Suite 100<br>Las Vegas, Nevada 89135 | Sean K. Claggett, Esq.<br>Brian Blankenship, Esq.<br>Scott E. Lundy, Esq.<br>Vanessa M. Turley<br>CLAGGETT & SYKES LAW FIRM<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

Dated: January 8, 2024.

/s/ Phyllis Warren
Employee of Fennemore Craig, P.C.

30815359