1   John D. Tennert, III (SBN 11728)
    FENNEMORE CRAIG, P.C.
2   7800 Rancharrah Parkway
    Reno, Nevada 89511
3   Tel: (775) 788-2212
    Fax: (775) 786-1177
4   jtennert@fennemorelaw.com
5
    Douglas C. Northup (*Pro Hac Vice*)
6   Taylor N. Burgoon (*Pro Hac Vice*)
    FENNEMORE CRAIG, P.C.
7   2394 E. Camelback Road, Suite 600
    Phoenix, Arizona 85016
8   Tel:  (602) 916-5362
    Fax: (602) 916-5562
9   dnorthup@fennemorelaw.com
    tburgoon@fennememorelaw.com
10
11  *Attorneys for Defendants*
12
13              **UNITED STATES DISTRICT COURT**
14                 **DISTRICT OF NEVADA**
15  YURIDIA CHAVEZ-HERRERA,            Case No. 2:19-cv-01327-GMN-BNW
16              Plaintiff,
17        v.
                                        **STIPULATION AND ORDER**
18  SHAMROCK FOODS COMPANY, an          **REGARDING TRIAL**
    Arizona foreign corporation; JOSE PAZ;
19  DOES II through X; and ROE
    CORPORATIONS I through X, inclusive,
20
21              Defendants.
22
23          Plaintiff Yurida Chavez-Herrera and Defendants Shamrock Foods Company and Jose Paz,
24  by and through undersigned counsel, hereby stipulate and agree that the following deadlines will
25  apply to the jury trial currently set on the stacked calendar on June 2, 2025, at 8:30 a.m.
26  / / /
27  / / /
28  / / /

**I.      MOTIONS *IN LIMINE***

Motions *in limine* shall be filed by **April 7, 2025**. Responses to motions *in limine* shall be filed by **April 21, 2025**. Replies will be allowed only with leave of the Court.

**II.      SUGGESTED VOIR DIRE QUESTIONS**

The parties shall file no later than **May 5, 2025**, all suggested voir dire questions to be asked of the jury panel by the Court.

**III.      JURY INSTRUCTIONS AND VERDICT FORMS**

By no later than **May 5, 2025**, the parties shall jointly file agreed-upon jury instructions and proposed verdict forms. A copy of the agreed-upon jury instructions and verdict forms shall also be submitted in Microsoft Word format to chambers by email to GMN_Chambers@nvd.uscourts.gov. By no later than **May 5, 2025**, the parties shall file any additional, separate (non-stipulated) proposed jury instructions and verdict forms and also submit them in Word format to the chamber's email address. The latter must include the authority and argument for each instruction. Any modification of instructions from statutory authority the Ninth Circuit Manual of Model Jury Instructions, or any other model instruction, must specifically state the modification made to the original source and the authority and argument supporting the modification.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## IV.    TRIAL BRIEF

Each party may file a Trial Brief by no later than **May 19, 2025**.

RESPECTFULLY SUBMITTED this 16th day of December, 2024.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.** | **CLAGGETT & SYKES LAW FIRM** |

By: /s/ *Douglas C. Northup*                 
    John D. Tennert, III (SBN 11728)
    Douglas C. Northup (Pro Hac Vice)
    Taylor N. Burgoon (Pro Hac Vice)
    *Attorneys for Defendants*

By: /s/ *Brian Blankenship* (w/consent)                 
    Sean K. Claggett
    Brian Blankenship
    Joseph N. Mott
    Scott E. Lundy
    Jonathan Winn
    *Attorneys for Plaintiff*

AND

**BENSON & BINGHAM**
Benjamin J. Bingham
Ida M. Ybarra, Esq.
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____December 18, 2024_____

50792200