John D. Tennert, III (SBN 11728)
Wade Beavers (SBN 13451)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2212
Fax: (775) 786-1177
jtennnert@fennemorelaw.com
wbeavers@fennemorelaw.com

Douglas C. Northup (*Pro Hac Vice*)
Taylor Burgoon (*Pro Hac Vice*)
FENNEMORE CRAIG, P.C.
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Tel: (602) 916-5362
Fax: (602) 916-5562
dnorthup@fennemorelaw.com
tburgoon@fennemorelaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YURIDIA CHAVEZ-HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>SHAMROCK FOODS COMPANY, an Arizona foreign corporation; JOSE PAZ; DOES II through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01327-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATE AND AGREED**, by and between Defendants, Shamrock Foods Company and Jose Paz ("Defendants"), and Plaintiff Yuridia Chavez-Herrera ("Plaintiff"), by and through their undersigned counsel of record, that the above-entitled matter be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED this 5th day of June, 2025.

| | |
|---|---|
| **CLAGGETT & SYKES LAW FIRM** | **FENNEMORE CRAIG, P.C.** |
| By: __/s/ Sean K. Claggett_____ | By: _/s/ John D. Tennert III_____ |
| Sean K. Claggett, Esq. | John D. Tennert, III (SBN 11728) |
| Brian Blankenship, Esq. | Douglas C. Northup (Pro Hac Vice) |
| Joseph N. Mott, Esq. | Taylor Burgoon (Pro Hac Vice) |
| Scott E. Lundy, Esq. | |
| Jonathan Winn, Esq. | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

## ORDER

Good cause appearing, the parties' stipulation is **GRANTED.**

**IT IS HEREBY ORDERED** that this Action shall be DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees with respect to the dismissed claims.

DATED this __6__ day of ___June___, 2025.

_____
U.S. DISTRICT COURT JUDGE